United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 16-16154-BR
Haik Tima                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin                Page 1 of 2              Date Rcvd: Aug 22, 2016
                              Form ID: 318               Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
```
db             +Haik Tima,    4521 Briggs Ave,    La Crescenta, CA 91214-3102
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
37078621       +American Contractors Indemnity Co,    Lanak& Hanna -Case 14K09569,
                 625 The City Dr South Ste 190,    Orange, CA 92868-4983
37078625       +Contractors State License Board CA,    License 873245,    Box 26000,    Sacramento, CA 95826-0026
37078628        Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
37078629       +Equifax,    PO Box 144717,    Orlando, FL 32814-4717
37078630        Equifax Info Services LLC,    Box 740256,    Atlanta, GA 30374-0256
37078632        Experian,    NCAC,    PO Box 9556,    Allen, TX 75013
37078633        Experian,    NCAC,    PO Box 9556,    Allen, TX 75013-9556
37078634        Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
37078631        Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
37078637       +GBC Premium Finance Inc.,    110 E. 9th Street Suite A-1126,    Los Angeles, CA 90079-2154
37078643        LA County Sheriff's Off,    case 14K09569,    110 N Grand Ave Ste 525,
                 Los Angeles, CA 90012-3014
37078647       +MXNXOXP inc DBA Reposses,    11916 Prairie Ave,    Hawthorne, CA 90250-3116
37078648       +Pedro Gutierrez,    c/o Division of Labor,    300 Oceangate Suite 302,
                 Long Beach, CA 90802-4304
37078650       +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St.,
                 Chicago, IL 60661-3631
37078651       +TransUnion Consumer Relations,    PO Box 2000,    Chester, PA 19022-2000
37078642       +judgment enforcement unit,    state claim # 05-61066 ADC,    Division of Labor Standards Enforce,
                 2031 Howe Avenue Suite 100,    Sacramento, CA 95825-0196
37078644       +labor commissioner,    300 Oceangate ste 302,    Long Beach, CA 90802-4304
37078645       +labor commissioner- case 14K14122,    300 Oceangate ste 302,    Long Beach, CA 90802-4304
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: EDD.COM Aug 23 2016 02:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Aug 23 2016 02:28:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
37078620       +E-mail/Text: ebn@hcc.com Aug 23 2016 02:39:01      American Contractors Indemnity,
                 601 S Figueroa St,    Los Angeles, CA 90017-5721
37078622        EDI: BANKAMER.COM Aug 23 2016 02:23:00      Bank Of America,    PO Box 982235,
                 El Paso, TX 79998-2235
37078623       +EDI: CAPITALONE.COM Aug 23 2016 02:23:00      Capital One Bank Usa Na,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
37078626       +EDI: RCSFNBMARIN.COM Aug 23 2016 02:23:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
37078636        EDI: CALTAX.COM Aug 23 2016 02:28:00      Franchise Tax Board,    PO Box 942867,
                 Sacramento, CA 94267-0001
37078635        EDI: CALTAX.COM Aug 23 2016 02:28:00      Franchise Tax Board,    Bankruptcy Section MS A340,
                 PO Box 2952,    Sacramento, CA 95812-2952
37078641        EDI: IRS.COM Aug 23 2016 02:23:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    Po Box 21126,    Philadelphia, PA 19114-0326
37078646       +EDI: MERRICKBANK.COM Aug 23 2016 02:23:00      merrick bank,    po box 1500,
                 Draper, UT 84020-1500
37078649       +EDI: RMSC.COM Aug 23 2016 02:23:00      syncb/amazon plcc,    po box 965015,
                 Orlando, FL 32896-5015
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
37078624*      +Capital One Bank Usa Na,    Po Box 30281,    Salt Lake City, UT 84130-0281
37078627*      +Credit One Bank,    PO Box 98872,    Las Vegas, NV 89193-8872
37078638*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Insolvency I Stop 5022,
                 300 N Los Angeles St Ste 4062,    Los Angeles, CA 90012-3313)
37078639*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114-0326)
37078640*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO Box 660002,    Dallas, TX 75266-0002)
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-2          User: admin              Page 2 of 2            Date Rcvd: Aug 22, 2016
                              Form ID: 318             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
          David M Goodrich (TR)    GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com
          Scott   Kosner   on behalf of Debtor Haik   Tima tyson@tysonfirm.com, G1875@notify.cincompass.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                          TOTAL: 3
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Haik Tima** | Social Security number or ITIN  **xxx–xx–1369** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **2:16–bk–16154–BR** | | |

# Order of Discharge – Chapter 7            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Haik Tima
dba Star Precast

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 8/22/16

**Dated:** 8/22/16

**By the court:**  Barry Russell
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**14/AUT**
**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc         **Order of Chapter 7 Discharge**                               page 2